Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−12423−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephanie M Strother
   307 Wimbeldon Ct
   North Brunswick, NJ 08902

Social Security No.:
   xxx−xx−6608

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            4/3/19
Time:            10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 14, 2019
JAN: amg

                                                                        Jeanne Naughton
                                                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-12423-CMG
Stephanie M Strother                                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Feb 14, 2019
                              Form ID: 132             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2019.
```
db            +Stephanie M Strother,    307 Wimbeldon Ct,    North Brunswick, NJ 08902-4227
518011698     +Aes/slm Trust,    Pob 61047,    Harrisburg, PA 17106-1047
518011699     +Bison Green,    PO Box 191,    Pine Ridge, SD 57770-0191
518011704     +Cutolo Barros LLC,    151 Highway 33 East Suite 204,     Englishtown, NJ 07726-8635
518011705     +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
518011706     +Golden Valley Lending,    635 East Highway 20 E,    Upper Lake, CA 95485-8793
518011707     +Governors Pointe I Condominium Assoc.,    294 Wimbeldon Court,    North Brunswick, NJ 08902-4225
518011710     +KML Law Group P.C.,    216 Haddon Ave. Suite 406,    Collingswood, NJ 08108-2812
518011711     +Maxlend,    PO Box 639,    Parshall, ND 58770-0639
518011713     +New Jersey Division of Taxation,    P.O. Box 046,    Trenton, NJ 08646-0046
518011714     +PNC Bank,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
518011715     +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
518011716     +Rutgers-RWJMG Pediatrics,    PO Box 1388,    Mount Laurel, NJ 08054-7388
518011719    ++SPOTLOAN,    PO BOX 927,    PALATINE IL 60078-0927
              (address filed with court:   Spotloan,     P.O Box 720,    Belcourt, ND 58316)
518011717     +Santander Consumer Usa,    Po Box 961245,    Fort Worth, TX 76161-0244
518011718     +Southern Bank Emerg Physicians,    PO Box 37794,    Philadelphia, PA 19101-5094
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 15 2019 00:14:32     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 15 2019 00:14:29      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
518011700     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 15 2019 00:16:48
              Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
518011701     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 15 2019 00:14:10      Comenitybank/ny&co,
              Po Box 182789,    Columbus, OH 43218-2789
518011702     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 15 2019 00:14:10      Comenitybank/victoria,
              Po Box 182789,    Columbus, OH 43218-2789
518011703     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 15 2019 00:14:10      Comenitycb/hsn,
              Po Box 182120,    Columbus, OH 43218-2120
518011709      E-mail/Text: cio.bncmail@irs.gov Feb 15 2019 00:13:43     Internal Revenue Service,
              44 South Clinton Ave.,    Trenton, NJ 08601
518011712     +E-mail/Text: electronicbkydocs@nelnet.net Feb 15 2019 00:14:35      Nelnet Lns,
              3015 S Parker Rd,    Aurora, CO 80014-2904
                                                                                             TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518011708*    +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2019 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Yakov   Rudikh    on behalf of Debtor Stephanie M Strother yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 14, 2019
                              Form ID: 132             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                    TOTAL: 4