Certificate Number: 05781-NJ-DE-032312999

Bankruptcy Case Number: 19-12423



05781-NJ-DE-032312999

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 18, 2019, at 7:19 o'clock PM PST, Stephanie Strother completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   February 18, 2019           By:   /s/Allison M Geving

                                    Name: Allison M Geving

                                    Title: President