| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**CUTOLO BARROS LLC**<br>46-50 Throckmorton Street<br>Freehold, New Jersey 07728<br>(732) 414-1170<br>Joseph A. Kutschman III, Esq. (046732010)<br>Attorneys for Governor's Pointe I Condominium Association, Inc. | |
|---|---|
| In Re:<br><br>STEPHANIE M. STROTHER | Case No.: 19-12423-CMG<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Governor's Pointe I Condominium Association, Inc., Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

Governor's Pointe I Condominium Association, Inc.

c/o CUTOLO BARROS LLC
46-50 Throckmorton Street
Freehold, New Jersey 07728

DOCUMENTS:

☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☐ All documents and pleadings of any nature.

Date: 2/28/2019

_____
Joseph A. Kutschman III, Esq.