UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**CUTOLO BARROS LLC**
46-50 Throckmorton Street
Freehold, New Jersey 07728
(732) 414-1170
Joseph A. Kutschman III, Esq. (046732010)
Attorneys for Governor's Pointe I
Condominium Association, Inc.

In Re:

STEPHANIE M. STROTHER

Case No.: 19-12423-CMG

Chapter: 13

Judge: Christine M. Gravelle

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    Stephanie M. Strother
(Example: John Smith, creditor)

        Old address:    c/o Cutolo Barros LLC

                      151 Highway 33 East, Suite 204

                      Manalapan, New Jersey 07726

        New address:    c/o Cutolo Barros LLC

                      46-50 Throckmorton Street

                      Freehold, New Jersey 07728

        New phone no.: N/A
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   9/9/19            /s/ Joseph A. Kutschman III, Esq.
                                    Signature

*rev.2/1/16*

Case 19-12423-CMG    Doc 21    Filed 09/11/19    Entered 09/11/19 16:13:43    Desc Main
Document    Page 2 of 2

Date:   9/9/19            /s/ Joseph A. Kutschman III, Esq.
                                    Signature