UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Stephanie Strother,

Debtor.

Case No.:       19-12423-CMG

Chapter:              13

Hearing Date:     12/4/2019

Judge:              Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 307 Wimbeldon Court, North Brunswick, NJ (Docket # 24)

_____

Date: 12/2/2019                          /s/ Denise Carlon
                                          Signature

*rev.8/1/15*