| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-12423 / CMG**

Stephanie M Strother

Petition Filed Date: 02/05/2019
341 Hearing Date: 03/07/2019
Confirmation Date: 06/19/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/07/2019 | $150.00 | 56848380 | 04/03/2019 | $150.00 | 57578860 | 05/06/2019 | $150.00 | 58357480 |
| 06/03/2019 | $150.00 | 59068950 | 07/01/2019 | $303.00 | 59780190 | 08/05/2019 | $303.00 | 60667180 |
| 09/09/2019 | $303.00 | 61622000 | 10/07/2019 | $303.00 | 62356130 | 11/04/2019 | $303.00 | 63075740 |
| 12/03/2019 | $303.00 | 63791450 | | | | | | |

**Total Receipts for the Period: $2,418.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,024.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Stephanie M Strother | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | YAKOV RUDIKH<br>»» ATTY DISCLOSURE | Attorney Fees | $4,050.00 | $2,568.19 | $1,481.81 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2018 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 2 | SANTANDER CONSUMER USA INC<br>»» 2005 TOYOTA PRIUS | Debt Secured by Vehicle | $1,450.12 | $0.00 | $1,450.12 |
| 3 | NELNET<br>»» STUDENT LOAN | Unsecured Creditors | $43,632.30 | $0.00 | $43,632.30 |
| 4 | US Department of HUD<br>»» P/307 WIMBLETON COURT/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 5 | GOVERNOR'S POINTE 1 CONDO ASSOC INC<br>»» UNPAID CONDO FEES | Unsecured Creditors | $7,919.61 | $0.00 | $7,919.61 |
| 6 | QUANTUM3 GROUP LLC<br>»» HSN | Unsecured Creditors | $2,318.04 | $0.00 | $2,318.04 |
| 7 | QUANTUM3 GROUP LLC<br>»» VS | Unsecured Creditors | $266.16 | $0.00 | $266.16 |
| 8 | QUANTUM3 GROUP LLC<br>»» NY&CO | Unsecured Creditors | $469.79 | $0.00 | $469.79 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,066.97 | $0.00 | $3,066.97 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,332.46 | $0.00 | $1,332.46 |
| 11 | PNC BANK, NA<br>»» P/307 WIMBELDON CT/1ST MTG | Mortgage Arrears | $10,270.60 | $0.00 | $10,270.60 |
| 12 | PNC BANK, NA<br>»» 307 WIMBLEDON COURT/ORDER 12/4/19 | Mortgage Arrears | $531.00 | $0.00 | $531.00 |

**Chapter 13 Case No. 19-12423 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,024.00 | Plan Balance: | $15,134.00 ** |
| Paid to Claims: | $2,568.19 | Current Monthly Payment: | $303.00 |
| Paid to Trustee: | $174.63 | Arrearages: | $0.00 |
| Funds on Hand: | $281.18 | Total Plan Base: | $18,158.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.