/B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re: Stephanie M Strother                    , Case No. 19-12423

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| KHEAA | NELNET on behalf of NJHESAA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

KHEAA
PO BOX 798
FRANKFORT  KY 40602-0798

Court Claim # (if known)    3
Amount of Claim:    $43,632.30
Date Claim Filed:    02/21/2019

Phone:  502-696-7309
Last Four Digits of Acct #:    6608

Phone:  609-584-4480
Last Four Digits of Acct. #:    6608

Name and Address where transferee payments should be sent (if different from above):

KHEAA
P.O. BOX 4270
FRANKFORT KY 40604-4270

Phone:   N/A

Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Miles F. Justice               Date:     08/12/2020
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.