| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 19-12423 / CMG**

Stephanie M Strother

Petition Filed Date: 02/05/2019
341 Hearing Date: 03/07/2019
Confirmation Date: 06/19/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/11/2021 | $606.00 | 73720460 | 02/23/2021 | $303.00 | 74673700 | 03/15/2021 | $606.00 | 75235460 |
| 04/08/2021 | $303.00 | 75870270 | 05/11/2021 | $303.00 | 76637600 | 06/11/2021 | $303.00 | 77368920 |
| 07/12/2021 | $303.00 | 78052610 | 08/09/2021 | $303.00 | 78680560 | 09/07/2021 | $303.00 | 79276400 |
| 12/02/2021 | $303.00 | 81212930 | | | | | | |

**Total Receipts for the Period: $3,636.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,084.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Stephanie M Strother | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | YAKOV RUDIKH<br>»» ATTY DISCLOSURE | Attorney Fees | $4,050.00 | $4,050.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2018 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 2 | SANTANDER CONSUMER USA INC<br>»» 2005 TOYOTA PRIUS/SV 9/1/21 | Debt Secured by Vehicle | $374.01 | $374.01 | $0.00 |
| 3 | KHEAA<br>»» STUDENT LOAN/NELNET | Unsecured Creditors | $43,632.30 | $0.00 | $43,632.30 |
| 4 | US Department of HUD<br>»» P/307 WIMBLETON COURT/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 5 | GOVERNOR'S POINTE 1 CONDO ASSOC INC<br>»» UNPAID CONDO FEES | Unsecured Creditors | $7,919.61 | $0.00 | $7,919.61 |
| 6 | QUANTUM3 GROUP LLC<br>»» HSN/WITHDRAWN 12/18/20 | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC<br>»» VS | Unsecured Creditors | $266.16 | $0.00 | $266.16 |
| 8 | QUANTUM3 GROUP LLC<br>»» NY&CO | Unsecured Creditors | $469.79 | $0.00 | $469.79 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,066.97 | $0.00 | $3,066.97 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,332.46 | $0.00 | $1,332.46 |
| 11 | PNC BANK, NA<br>»» P/307 WIMBELDON CT/1ST MTG | Mortgage Arrears | $10,270.60 | $3,479.87 | $6,790.73 |
| 12 | PNC BANK, NA<br>»» 307 WIMBLEDON COURT/ORDER 12/4/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

**Chapter 13 Case No. 19-12423 / CMG**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,084.00 | Plan Balance: | $9,074.00 ** |
| Paid to Claims: | $8,434.88 | Current Monthly Payment: | $303.00 |
| Paid to Trustee: | $649.12 | Arrearages: | $1,212.00 |
| Funds on Hand: | $0.00 | Total Plan Base: | $18,158.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**