| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>PNC Bank, National Association |
| In re:<br>Stephanie M. Strother<br><br>                    Debtor |

Case No:    19-12423 CMG

Chapter: 13

Judge:  Christine M. Gravelle

## CREDITOR'S
## CERTIFICATION OF DEFAULT

_____Barbara Essman_____ certifies as follows:

1.  I am a _____Authorized Signer_____ for $PNC\ BANK,\ N.A.$, a secured creditor of the debtor.

2.  On December 04, 2019, an Order was entered, a copy of which is attached as Exhibit A, providing for the cure of post petition arrearages, and in default of such monthly payments for a 30 day period, allowing the secured creditor ex parte relief to vacate the stay, with notice to the trustee, debtor and his attorney, if any.

3.  Debtor has failed to comply with the order:

    ■ By missing payments and/or by failing to make the correct payments as summarized on the Certification of Creditor Regarding Post Petition Payment History attached hereto as Exhibit B.

☐ Other _____.

4. This certification is being made in an effort to enforce the prior order of this court and to vacate the stay.

5. I certify under penalty of perjury that the above is true.

Date: 8-23-2022          /s/ Barbara Essman
                         Secured Creditor
                         Barbara Essman
                         Authorized Signer