# EXHIBIT B

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J.LBR 9004-1<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>PNC Bank, National Association | CASE NO. 19-12423 CMG<br>CHAPTER 13<br>Judge: Christine M. Gravelle |
| In re:<br><br>Stephanie M. Strother | |

### CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 06/28/2002

I, Barbara Essman, employed as Authorized Signer by PNC Bank, National Association, hereby certifies the following information:

Recorded on September 16, 2002, in Middlesex County, in Book 07659 at Page 0595.

Property Address: 307 Wimbeldon Ct, North Brunswick NJ 08902.

Mortgage Holder: PNC Bank, National Association

Mortgagor(s)/ Debtor(s): Stephanie M. Strother

POST-PETITION PAYMENTS (Petition filed on February 05, 2019)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order entered 12/04/2019 | | | | | - |
| | | To Suspense | $1,729.78 | 12/02/2019 | $1,729.78 |
| $576.59 | | A/O Payment | From Suspense | 12/10/2019 | $1,153.19 |
| $1,153.19 | | A/O Payment | From Suspense | 12/11/2019 | $0.00 |
| | | To Suspense | $1,729.78 | 01/27/2020 | $1,729.78 |
| $576.59 | | A/O Payment | From Suspense | 01/28/2020 | $1,153.19 |
| $1,153.19 | 01/01/2020 | 01/2020 | From Suspense | 01/30/2020 | $0.00 |
| | | To Suspense | $34.56 | 02/19/2020 | $34.56 |
| | | To Suspense | $1,729.78 | 02/26/2020 | $1,764.34 |
| $1,170.47 | 02/01/2020 | 02/2020 | From Suspense | 02/27/2020 | $593.87 |
| $576.59 | | A/O Payment | From Suspense | 03/02/2020 | $17.28 |
| | | To Suspense | $1,729.78 | 03/27/2020 | $1,747.06 |
| $576.59 | | A/O Payment | From Suspense | 03/30/2020 | $1,170.47 |
| $1,170.47 | 03/01/2020 | 03/2020 | From | 03/31/2020 | $0.00 |

| | | | Suspense | | |
|---|---|---|---|---|---|
| | | To Suspense | $1,729.78 | 04/17/2020 | $1,729.78 |
| $1,170.47 | 04/01/2020 | 04/2020 | From Suspense | 04/20/2020 | $559.31 |
| $559.31 | | A/O Payment (Partial) | From Suspense | 04/20/2020 | $0.00 |
| | | To Suspense | $1,729.78 | 06/01/2020 | $1,729.78 |
| $17.28 | | A/O Payment (Completed) | From Suspense | 06/05/2020 | $1,712.50 |
| $576.52 | | A/O Payment | From Suspense | 06/05/2020 | $1,135.98 |
| $1,170.47 | 05/01/2020 | 05/2020 | $1,170.47 | 06/16/2020 | $1,135.98 |
| $1,170.47 | 06/01/2020 | 06/2020 | $1,170.47 | 07/29/2020 | $1,135.98 |
| $1,170.47 | 07/01/2020 | 07/2020 | $1,170.47 | 08/17/2020 | $1,135.98 |
| | | To Suspense | $1,153.19 | 09/18/2020 | $2,289.17 |
| $1,170.47 | 08/01/2020 | 08/2020 | From Suspense | 10/02/2020 | $1,118.70 |
| | | To Suspense | $1,187.75 | 10/16/2020 | $2,306.45 |
| $1,170.47 | 09/01/2020 | 09/2020 | From Suspense | 10/20/2020 | $1,135.98 |
| $1,170.47 | 10/01/2020 | 10/2020 | $1,170.47 | 11/16/2020 | $1,135.98 |
| $1,170.47 | 11/01/2020 | 11/2020 | $1,170.47 | 12/28/2020 | $1,135.98 |
| | | To Suspense | $800.00 | 01/25/2021 | $1,935.98 |
| $1,170.47 | 12/01/2020 | 12/2020 | From Suspense | 01/26/2021 | $765.51 |
| COVID-19 Forbearance: 02/01/2021 – 03/01/2022 ||||||
| $1,170.47 | 01/01/2021 | 01/2021 | $1,170.47 | 04/18/2022 | $765.51 |
| | | To Suspense | $1,170.47 | 05/09/2022 | $1,935.98 |
| $1,178.32 | 02/01/2021 | 02/2021 | From Suspense | 05/10/2022 | $757.66 |
| | | To Suspense | $1,170.47 | 06/16/2022 | $1,928.13 |
| $1,178.32 | 03/01/2021 | 03/2021 | From Suspense | 06/17/2022 | $749.81 |
| $1,178.32 | 04/01/2021 | 04/2021 | $1,178.32 | 07/28/2022 | $749.81 |
| $1,178.32 | 05/01/2021 | | $0.00 | | $749.81 |
| $1,178.32 | 06/01/2021 | | $0.00 | | $749.81 |
| $1,178.32 | 07/01/2021 | | $0.00 | | $749.81 |
| $1,178.32 | 08/01/2021 | | $0.00 | | $749.81 |
| $1,178.32 | 09/01/2021 | | $0.00 | | $749.81 |
| $1,178.32 | 10/01/2021 | | $0.00 | | $749.81 |
| $1,178.32 | 11/01/2021 | | $0.00 | | $749.81 |
| $1,178.32 | 12/01/2021 | | $0.00 | | $749.81 |
| $1,178.32 | 01/01/2022 | | $0.00 | | $749.81 |
| $1,152.89 | 02/01/2022 | | $0.00 | | $749.81 |
| $1,152.89 | 03/01/2022 | | $0.00 | | $749.81 |
| $1,152.89 | 04/01/2022 | | $0.00 | | $749.81 |
| $1,152.89 | 05/01/2022 | | $0.00 | | $749.81 |
| $1,152.89 | 06/01/2022 | | $0.00 | | $749.81 |
| $1,152.89 | 07/01/2022 | | $0.00 | | $749.81 |
| $1,152.89 | 08/01/2022 | | $0.00 | | $749.81 |
| **Total Due: $42,021.56** || **Total Received: $24,096.26** || **Arrears: $17,925.30** ||

Continue on attached sheets if necessary.

Monthly payments past due: 9 mos. X $1,178.32, 7 mos. X $1,152.89
Arrears: $17,925.30

Each current monthly payment is comprised of:

| | | |
|---|---|---|
| Principal and Interest: | $737.92 | |
| Interest: | $ | |
| R.E. Taxes: | $ | |
| Insurance: | $ | |
| Other: | $414.97 | (Specify: Escrow) |
| TOTAL | $1,152.89 | |

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
Notices of Mortgage Payment Change: Filed 02/19/2020 effective 04/01/2020, Filed 12/29/2020 effective 02/01/2021, Filed 01/04/2022 effective 02/01/2022.

PRE-PETITION ARREARS: $10,270.60

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 8-23-2022

Signature

Barbara Essman
Authorized Signer