Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−12423−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Stephanie M Strother
    307 Wimbeldon Ct
    North Brunswick, NJ 08902

Social Security No.:
    xxx−xx−6608

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/18/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: January 18, 2023
JAN: rms

                                                                          Jeanne Naughton
                                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                   Case No. 19-12423-CMG

Stephanie M Strother                                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3

Date Rcvd: Jan 18, 2023      Form ID: 148      Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie M Strother, 307 Wimbeldon Ct, North Brunswick, NJ 08902-4227 |
| cr | + | Governor's Pointe I Condominium Association, Inc.,, C/O Cutolo Barros LLC, 46-50 Throckmorton Street, 46-50 Throckmorton Street, Freehold, nj 07728-1973 |
| cr | + | Santander Consumer USA Inc., Attn: Stewart Zlimen & Jungers LTD, 2277 Highway 36 West, Suite 100, Roseville, MN 55113-3896 |
| 518011699 | + | Bison Green, PO Box 191, Pine Ridge, SD 57770-0191 |
| 518011704 | + | Cutolo Barros LLC, 151 Highway 33 East Suite 204, Englishtown, NJ 07726-8635 |
| 518011706 | + | Golden Valley Lending, 635 East Highway 20 E, Upper Lake, CA 95485-8793 |
| 518059044 | + | Governor's Pointe I Condominium Association, Inc.,, C/O Cutolo Barros LLC, 46-50 Throckmorton Street, Freehold, NJ 07728-1973 |
| 518011707 | + | Governors Pointe I Condominium Assoc., 294 Wimbeldon Court, North Brunswick, NJ 08902-4225 |
| 518040671 | + | Nelnet on behalf of NJHESAA, New Jersey Higher Ed Student Asst Auth, 4 Quakerbridge Plaza, PO Box 548, Trenton NJ 08625-0548 |
| 518011713 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 518011716 | + | Rutgers-RWJMG Pediatrics, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 518011718 | + | Southern Bank Emerg Physicians, PO Box 37794, Philadelphia, PA 19101-5094 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 18 2023 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 18 2023 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518011698 | + | Email/Text: bncnotifications@pheaa.org | Jan 18 2023 20:45:00 | Aes/slm Trust, Pob 61047, Harrisburg, PA 17106-1047 |
| 518011719 | | Email/Text: fwdbctl@spotloan.com | Jan 18 2023 20:45:49 | Spotloan, P.O Box 720, Belcourt, ND 58316 |
| 518172989 | + | EDI: AIS.COM | Jan 19 2023 01:44:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518011700 | + | EDI: CAPITALONE.COM | Jan 19 2023 01:44:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518011701 | + | EDI: WFNNB.COM | Jan 19 2023 01:44:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 518011702 | + | EDI: WFNNB.COM | Jan 19 2023 01:44:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 518011703 | + | EDI: WFNNB.COM | Jan 19 2023 01:44:00 | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 518011705 | ^ | MEBN | Jan 18 2023 20:43:22 | Financial Recoveries, 200 E Park Dr Ste 100, |

Case 19-12423-CMG    Doc 57    Filed 01/20/23    Entered 01/21/23 00:16:58    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 18, 2023 | Form ID: 148 | Total Noticed: 36 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Mount Laurel, NJ 08054-1297 |
| 518011709 | | EDI: IRS.COM | Jan 19 2023 01:44:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 518923808 | | Email/Text: legaldivision@kheaa.com | Jan 18 2023 20:45:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518923809 | | Email/Text: legaldivision@kheaa.com | Jan 18 2023 20:45:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518011711 | ^ | MEBN | Jan 18 2023 20:42:59 | Maxlend, PO Box 639, Parshall, ND 58770-0639 |
| 518011712 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 18 2023 20:46:00 | Nelnet Lns, 3015 S Parker Rd, Aurora, CO 80014-2904 |
| 518011714 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 18 2023 20:45:00 | PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518182566 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 18 2023 20:45:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518011715 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 18 2023 20:45:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 518168887 | | EDI: Q3G.COM | Jan 19 2023 01:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518168864 | | EDI: Q3G.COM | Jan 19 2023 01:44:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518038709 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 18 2023 20:46:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518011717 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 18 2023 20:46:00 | Santander Consumer Usa, Po Box 961245, Fort Worth, TX 76161-0244 |
| 518430480 | + | EDI: RMSC.COM | Jan 19 2023 01:44:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518041560 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 18 2023 20:54:44 | US Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 518011708 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518011710 | ##+ | KML Law Group P.C., 216 Haddon Ave. Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2023          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Joseph Andrew Kutschman, III | on behalf of Creditor Governor's Pointe I Condominium Association  Inc., jkutschman@cutolobarros.com, ecourts@cutolobarros.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Debtor Stephanie M Strother rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 8